UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HANYATH FEYICHITAN SOUMANOU, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 21 C 04957 |
| ALEJANDRO MAYORKAS, Secretary, DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) ) ) | Judge Blakey |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 18, 2021 at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendants, by and through their attorney, JOHN R. LAUSCH, Jr., shall appear before Judge Blakey in the courtroom usually occupied by him in the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present their **DEFENDANTS' MOTION TO SEVER AND DISMISS** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9080
    craig.oswald@usdoj.gov